Nathan Bangel and Harry Brodsky, Appellants, v. Nathan Harris, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Mary A. Beard, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

John Camden, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Baltie M. Carlile, Appellant, v. New York City Railway Company, Respondent. (Actions Nos. 1 & 2.) Judgments of the Municipal Court reversed on consent of the respondent in open court, and new trials ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Michael J. Cummings and Others, Respondents, v. Edwin Bailey, Jr., and Others, Appellants.— Motion for preference denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Michael Cunningham, Respondent, v. Michael J. Dady, Appellant, and The City of New York, Defendant. — Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of the Brooklyn Bar Association for the Removal of Thomas W. Fitzgerald from the Office of Justice of the Court of Special Sessions of the City of New York for the Second Division and for the Disbarment of the Said Thomas W. Fitzgerald as an Attorney and Counselor of this Court.— Matter referred to Hon. Henry Bacon to take evidence and report to the court, with his opinion, with all convenient speed. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of James W. Cool for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Hyman Meyersohn and Another, Appellants, v. Louis Levin and Another, Respondents.— The appeal having been discontinued by consent, the motion is dismissed, without costs. Present — Hirschberg, P. J., Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. Lavinia Lally and Others, Respondents, Appellants, v. The New York Central and Hudson River Railroad Company, Appellant, Respondent.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

The Commissioner of Public Charities of the City of New York on the Complaint of Margaret Prendergast, Respondent, v. William H. Farley, Appellant. — Order of filiation affirmed, without costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.